# IN THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF TEXAS HOUSTON DIVISION

*Ravel Ferrera-Parra, Plaintiff,*

**(v. )**  Civil Action No. <u>4:19-cv-01053</u>

**United Airlines Inc, Defendant.**

United States Courts
Southern District of Texas
F I L E D

**Amended Stated Facts**

AUG 1 5 2019

I, Plaintiff, Ravel Ferrera-Parra, Pro Se,   David J. Bradley, Clerk of Court

Not being a litigator [ nor Wanting ] with interests in closure & protection of my rights request amend to my petition these factual statements:

(Ad.1)
--United Continues HOSTILE acts towards my person .

The Fourth Amendment to the United States Constitution guarantees that "the right of the people to be secure in their persons, houses, papers and effects, against unreasonable searches and seizures, shall not be violated." By referring to the need for security of "persons" as well as "papers and effects" the Fourth Amendment suggests enduring values in American law that relate to privacy. The need for security of "persons" is consistent with obtaining patient consent before performing invasive medical procedures. The need for security in "papers and effects" underscores the importance of protecting information about the person, contained in sources such as
personal diaries, medical records, or elsewhere.

Recently, Premise Health- Clinic Facility in Houston/airport/ A service up provider *Allowing my Personal Medical Records to be seized by United Airlines because they [PH] are as they referred to themselves "only a third-party provider" after stating that United's "Corporate has to review your folder before we can release it to you..." is irrational and inexcusable of both parties!

I not only question Premise Health's submissiveness. I worry as to United's Empowerment over them, to tread over My own & All the Private Information, at whim, as... Unconstitutional!
~~U.S. Department of Health and Human Services, Office for Civil Rights

--[OCR]#: CU-19-350693... ( See Inserts )

Civil Action No. 4:19-cv-01053

(Ad.2)   Carol Reynolds, in-flight supervisor: On the Conspired with fellow management, completed her task of terminating my employment, she had shortly after since transferred to the United Airlines Chicago Base {ORD}. Her involvement was front and center but not exclusive... Her apparent discrimination was shared by her peers as they assisted, encouraged, & communicated. She had done her performance, and as I now fully realize her role taken as a *Fiduciary to me was wrongful, as where her actions with my information, beyond just accepting to be my Emergency Contact. Intent drives back to [My] first On-the-Job-Injury, forward in time on to her help of Guiding me to the Employee Assistant Program (EAP)- to the accepting of being able to access query of my Mental Health Status. This on the recommendation of my EAP counselor she introduced me to... Then her privilege extended to my Mental Health Psychiatrist. All for her relief that I will be capable to work & not be a liability.  The deeds of management are Warped, but to the last thread of hope - I trusted her completely & considered her a career-friend & mentor.
Despite & likely because of the initial abuse taken while on my 1st OJI experience - from every angle - by management.  ( Inserts Provided )
    United did not accommodate they held me captive and left me physically & mentally broken, in the false pretense of helping overcome what ails me... to this day.

Ravel Ferrera-Parra

*[signature]*

# TEXAS WORKERS' COMPENSATION WORK STATUS REPORT

Empleado - You are required to report your injury to your employer within 30 days if your employer has workers' compensation insurance. You have the right to free assistance from the Texas Department of Insurance, Division of Workers' Compensation and may be entitled to certain medical and income benefits. For further information call your local Division field office or 1(800)-252-7031.

Empleado - Es necesario que reporte su lesión a su empleador dentro de 30 días de la fecha en que se lesionó si es que su empleador cuenta con un seguro de Compensación para Trabajadores. Usted tiene derecho a recibir asistencia gratuita por parte de la Compensación para Trabajadores, y también puede tener derecho a ciertos beneficios monetarios. Para mayor información comuníquese con la oficina local de la División o 1-800-252-7031.

(for transmission purposes only)

Date Being Sent: 05202015

## PART I: GENERAL INFORMATION

1. Injured Employee's Name: RAVEL FERRERA-PARRA
2. Date of Injury: 04262015
3. Social Security Number (last 4): 0672  XXX-XX-
4. Employee's Description of Injury/Accident:
5. Doctor's Name and Degree: GERARD T. GABEL, MD
6. Clinic/Facility Name: MEDICAL CTR - SCUR 10
7. Clinic/Facility/Doctor Phone & Fax: 713 6104260 / 713 6104261
8. Clinic/Facility/Doctor Address (street address): 6560 FANNIN
   City State Zip: HOUSTON TX 77030-2761
9. Employer's Name: UNITED AIRLINES
10. Employer's Fax # or Email Address (if known): 872 8250464
11. Insurance Carrier: GALLAGHER BASSETT SERVICE
12. Carrier's Fax # or Email Address (if known): 713 3469757

## PART II: WORK STATUS INFORMATION (FULLY COMPLETE ONE INCLUDING ESTIMATED DATES AND DESCRIPTION IN 13(c) AS APPLICABLE)

13. The injured employee's medical condition resulting from the workers' compensation injury:
    - [ ] (a) will allow the employee to return to work as of _____ (date) without restrictions.
    - [X] (b) will allow the employee to return to work as of 5/20/15 (date) with the restrictions identified in PART III, which are expected to last through 6/20/15 (date).
    - [ ] (c) has prevented and still prevents the employee from returning to work as of _____ (date) and is expected to continue through _____ (date).

The following describes how this injury prevents the employee from returning to work:

## PART III: ACTIVITY RESTRICTIONS* (ONLY COMPLETE IF BOX 13(b) IS CHECKED)

**14. POSTURE RESTRICTIONS (if any):** Max Hours per day: 0 2 4 6 8 Other
- Standing
- Sitting
- Kneeling/Squatting
- Bending/Stooping
- Pushing/Pulling
- Twisting
- Other:

**15. RESTRICTIONS SPECIFIC TO (if applicable):**
- [ ] Left Hand/Wrist
- [X] Right Hand/Wrist
- [ ] Left Arm
- [X] Right Arm
- [ ] Neck
- [ ] Left Leg
- [ ] Right Leg
- [ ] Back
- [ ] Left Foot/Ankle
- [ ] Right Foot/Ankle

Other:

**16. OTHER RESTRICTIONS (if any):**

**17. MOTION RESTRICTIONS (if any):** Max Hours per day: 0 2 4 6 8 Other
- Walking
- Climbing stairs/ladders
- Grasping/Squeezing
- Wrist flexion/extension
- Reaching
- Overhead Reaching
- Keyboarding
- Other:

**18. LIFT/CARRY RESTRICTIONS (if any):**
- [X] May not lift/carry objects more than 5 lbs. for more than ___ hours per day
- [ ] May not perform any lifting/carrying

Other:

**19. MISC. RESTRICTIONS (if any):**
- [ ] Max hours per day of work: ___
- [ ] Sit/Stretch breaks of ___ per ___
- [ ] Must wear splint/cast at work
- [ ] Must use crutches at all times
- [ ] No driving/operating heavy equipment
- [ ] Can only drive automatic transmission
- [ ] No work / ___ hours/day work:
  - [ ] in extreme hot/cold environments
  - [ ] at heights or on scaffolding
- [ ] Must keep ___ [ ] elevated [ ] clean & dry
- [ ] No skin contact with: ___
- [ ] Dressing changes necessary at work
- [ ] No running

**20. MEDICATION RESTRICTIONS (if any):**
- [ ] Must take prescription medication(s)
- [ ] Advised to take over-the-counter meds
- [ ] Medication may make drowsy (possible safety/driving issues)

*These restrictions are based on the doctor's best understanding of the employee's essential job functions. If a particular restriction does not apply, it should be disregarded. If modified duty that meets these restrictions is not available, the patient should be considered to be off work. Note - these restrictions should be followed outside of work as well as at work.

## PART IV: TREATMENT/FOLLOW-UP APPOINTMENT INFORMATION

21. Work Injury Diagnosis information: RC

22. Expected Follow-up Services Include:
    - [X] Evaluation by the treating doctor on 6/10/15 (date) at 2:40 am/pm
    - [ ] Referral to/Consult with ___ on ___ (date) at ___ am/pm
    - [ ] Physical medicine ___ X per week for ___ weeks starting on ___ (date) at ___ am/pm
    - [ ] Special studies (list): ___ on ___ (date) at ___ am/pm
    - [ ] None. This is the last scheduled visit for this problem. At this time, no further medical care is anticipated.

Date / Time of Visit: 052015/14:00
Discharge Time: 4:30PM

EMPLOYEE'S SIGNATURE

DOCTOR'S SIGNATURE

Visit Type:
- [X] Initial
- [ ] Follow-up

Role of Doctor:
- [ ] Designated doctor
- [X] Treating doctor
- [X] Referral doctor
- [ ] Consulting doctor
- [ ] Carrier-selected RME
- [ ] DWC-selected RME
- [ ] Other doctor

FORM-73 (Rev. 02/11) Page 1

DIVISION OF WORKERS' COMPENSATION

2nd Half and I need a break from myself ( ...& this year's struggle which had me close to THE TRUE termination... ) and also to allow you to scope and ponder on my Termination Folder ,<... from H.R.>r....

Thank You , I hope you can bare with me,
so I can request your overall thoughts
at the end ...

RAVEL

R.F.. Parra
610 393 8833



For the best experience, open this PDF portfolio in Acrobat X or Adobe Reader X, or later.

Get Adobe Reader Now!

Begin forwarded message:

**From:** Ravel FP <ravel23@aol.com>
**Subject: Ravel Ferrera Parra / U222102**
**Date:** September 30, 2016 at 10:51:33 PM CDT
**To:** "Collins, Tom" <tom.collins@united.com>

(Ad: 1)
Exhibit - Issue 1

Hi , since I had a relapse of my mental health issue , I wanted to touch-base ... .. Even with days of preparation I still hit wall with getting out of the apt and can go days without speaking to anyone which is pretty much a cycle.... also high stress can still shut me down to the point of having to pull over the truck& wait it out...I called out sick today ... hours ago , and still I'm uniform ...have been financially on the border since buying the condo , & adding another hefty truck repair bill for a new transmission, along with my health on the decline from the stress since ...years now ...i've been more stagnant than ever ... my health issues had been neglected even though I've become more frugal, and wanting a haircut I barely kept it together... for one of the few times in my life ( & all within four years).

The only thing I spent was some time outside the condo using the tools & items I already had in hand to make the common area look better, ( was even asked to be in the Association's Counsel ) before I realized I was the stir of the gated community .



.. if helped me keep busy & focused

...knowing my situation a 'friend' across town asked me to help him with his new apartment for 2 days in exchange for mostly food and some fuel money , I agreed ...and after putting in 12 hours in the first day, working alone with no provisions offered, even after getting praise from his mother & friends on my work... He paid me the 2nd day by refusing to answer my Calls/Msgs and *keeping the gear i brought with me to help him.
No food , no fuel ... so in short
(because there's tons more) my luck is still on its down cycle ... ...
~though worse for wear...
in October I free up money owed for the truck repairs & can get     In the medical visits...and maybe some Doritos.


Hope all is well and
thank for your time !

(Ps/ coffee does help!!!)

Ravel Ferrera-Parra
U222102

(Ad: 1)

Exhibit: Issue 2

Sent from my iPhone
RFP

> On Jun 14, 2016, at 8:38 AM, Collins, Tom <tom.collins@united.com> wrote:
>
> Ravel:
> I hope things improve for you.  Do you need to apply for United We Care?  Are you on vacation, at present?
>
> Sincerely,
> Tom Collins, M. Ed., CEAP I EAP Regional Manager - United Airlines - IAH I tom.collins@united.com I Phone:  281-553-1572
>
> Confidentiality note: This e-mail is intended only for the person or entity to which it is addressed.  It may contain information that is privileged or confidential, or otherwise protected from disclosure.  Dissemination, distribution, or copying this e-mail or the information herein by anyone other than the intended recipient, or an employee/agent responsible for delivering the message to the intended is prohibited.  If you have received this e-mail in error please call 281-553-1592 and destroy the original message and all copies.
>
> -----Original Message-----
> From: Ravel FP [mailto:ravel23@aol.com]
> Sent: Tuesday, June 14, 2016 4:43 AM
> To: Collins, Tom
> Subject: Welcome Vac
>
> ... Was gonna call you or Carol yesterday... I'm having difficulty getting back to a calm state... Issues with the truck left me paying bills late & half starved still ... Familia have their issues 1480miles away ... I could not request from them...here, my best friend is using the money already owed him from the Closing* of the Condo as leverage to say & lecture whatever he wants or promptly dismiss me for days at a time ...
> So I ate at work.
> Sip'd tea at home .
> Begin forwarded message:
>
> From: R Ferrera-Parra <ravel23@aol.com>

*[IAH-2]*

*Exhibit: Carol 3*

BBFAST, if you can secure hotel, please build an {IAH} training pairing {HR004} to reflect the following:

*     APR/14    IAH - ORD (HOTEL)
*     APR/15    RQ1S/CQ17 D1 -- 0730 - 1600 (Hotel)
*     APR/16    CST17/CQ17 D2 -- 0730 - 1600 (DH ORD – IAH -- IF DUTY PERMITS)

Please place the pairing on <u>F/A Ravel Ferrera Parra – U222102</u>

<image001.jpg>

---

**From:** Reynolds, Carol
**Sent:** Wednesday, March 29, 2017 8:19 PM
**To:** Inflight Quals
**Subject:** RE: Ravel Ferrera Parra

That is the earliest class April 15?

Carol C. Reynolds
Supervisor Inflight Services IAHNF
United Airlines- Houston Intercontinental
3500 N. Terminal Rd - Terminal C | Houston, TX 77032
Tel 281-553-1697 | Carol.Reynolds@united.com
Cell 512 934-2284

**From:** Inflight Quals
**Sent:** Wednesday, March 29, 2017 7:26 PM
**To:** Reynolds, Carol
**Cc:** Inflight Quals
**Subject:** RE: Ravel Ferrera Parra

Hello,
Below are available RQ1 trainings:

ORD:
April 15, 2017    CQ
April 16, 2017    CQ cont. / 2017CST

April 18, 2017    CQ
April 19, 2017    CQ cont. / 2017CST

April 22, 2017    CQ
April 23, 2017    CQ cont. / 2017CST

*Prior Email Sent to me in error stated a class in March I could take, but was not given to me... though Doctors had Released me to work.*

*[Handwritten annotation: "[Ad. 2] Exhibit: Carol 5 ~~Eupita~~ w/a- I did my best to be a helpful friend"]*

**From:** R Ferrera-Parra <ravel23@aol.com>
**Date:** March 3, 2016 at 1:22:33 PM CST
**To:** "Reynolds, Carol" <carol.reynolds@united.com>
**Subject:** Re: I Rock to Donavan

Yes ... A light touch , normally ... grub if on an infection.... You can do a Spritz w/ water...

Use with lemon to lighten
With Cinnamon Heal
Cajan
Yogurt
There's lots of combos ... Remember that aloe is one of the few things we can place on our skin , indefinitely
Try a video . Plenty of info on I I
https://video.search.yahoo.com/yhs/search;_ylt=AwrTcXZzjthW9EAA7VM.nIIQ?p=youtube%20manuka%20honey&fr=yhsm-mozilla-002&fr2=p%3As%2Cv%3Ai%2Cm%3Apivot&hsimp=yhsm-002&hspart=mozilla&type=ios

I
Sent from my iPhone
RFP

On Mar 3, 2016, at 7:20 AM, Reynolds, Carol <carol.reynolds@united.com> wrote:

> Do you apply the honey right on your face?
>
> Sent from my iPhone
>
> On Mar 3, 2016, at 3:08 AM, R Ferrera-Parra <ravel23@aol.com> wrote:
>
>> When I set up MY
>> outside/inside Spa-Nook ...
>> In MY Condo... You'll be so silky smooth you'll glide in/out of any/many arms ..
>>
>> Glad you liked ,
>>
>> R
>>
>> Sent from my iPhone
>> RFP
>>
>> On Mar 1, 2016, at 3:40 PM, Reynolds, Carol <carol.reynolds@united.com> wrote:
>>
>>> Ravel,
>>> I am glad you are getting in the zone. Happiness and Joy come from within and we control that ourselves. Don't allow anyone to ever take that from you. It is divine and it is YOURS! Smile and don't let the toxic people in this world affect your beautiful kind heart! Sing, Dance and Rock a happy healthy life! BTW THANK YOU FOR THE GIFTS!! I really loved getting them and You are a generous kind soul! I hope the honey works for me. I have to keep my skin young as I am getting old!! LOL   Have a great day!
>>>
>>> Carol
>>>
>>> Carol C. Reynolds
>>> Supervisor Inflight Services IAHNF
>>> United Airlines- Houston Intercontinental
>>> 3500 N. Terminal Rd - Terminal C | Houston, TX 77032
>>> Tel 281-553-1697 | Carol.Reynolds@united.com
>>> Cell   512 934-2284
>>>
>>> ---
>>>
>>> **From:** R Ferrera-Parra [mailto:ravel23@aol.com]
>>> **Sent:** Tuesday, March 01, 2016 8:46 AM

**From:** Ravel FP  ravel23@aol.com
**Subject:** Re: Carol
**Date:** July 19, 2017 at 12:54 PM
**To:** Ehibbarb@unitedafa.org, Beth Rodgers  brodgers@unitedafa.org

This feels more of verification as to the true nature of my job status problem ....I was told not to speak of the 'investigation' ... during ....& was left with personal distress after ....so I reached out to my confidant and mentor ... barely an oddity she could not provide this letter to you ... ( something will be taken out of context against me ... and to not to be in fault of releasing private & *medical information she has been advised not to ... otherwise this discharge would involve medical tributes over my poison trauma in Feb - even the OJI, /first ever/ ....I suffered through & was not paid for 2-3 years ago )

*** Someone faulted in thinking I was unhappy with my job and was positioning myself for something

Beth saw I how badly I wanted to leave the room ... but did not ignore or disrespect the lady next to Carol who stated earlier in that meeting that It wasn't about the other flight attendants ... but of me and Carol ... /who has had full medical & personal disclosure over events in my life for years .

Elizabeth witnessed Carol actually in praise of me being a good person ,thoughtful ,and professional in the 1st, very light, hearted meaning ... which resulted in surprise overall days later.

Feeling like I should have 'said' what I was accused of is still NOT saying it...!
And saying that someone that showed "GRATITUDE" ending the work of a flight together to her "COMPLAINING" with an unmatchable Duel list peddling lies & manifestations ... has merit in being viewed as exhibiting TWO extremes , which in short is by all means and definition bipolar ... I'm not qualified to claim she has a Bipolar Disorder , though suspected , My statement
'She's bipolar ...' referencing her behavior towards me and then actions against me (that were not in her thoughts until the ISM influenced her , as she stated)
...'
Apart for doing my best even in pain - be it of numerous sorts and levels of discomfort the letter reads of a Request to open communication ,Surprise & Sorrow on events and how I'm viewed ... and last but not least a loving devotion to a friend - I could not be there for at 110% capacity .
In regards to level of friendship with Miss Reynolds -- at one point -- I provided resources to teach her infant grandson Sign Language... we would discuss  Skin care, clothing, relationships, love , & misfortunes ... views and opinions worthy of friendship & endearment ... I didn't hesitate of giving my advice into re-defining her guilt & distress of the deaths of her brother (& father) to benefit the Legacy are of her now & future grandchildren ... our workplace relationship was of mutual trust, mutual empowerment, & empathy... somewhere that has been overturned ... sad to say ,I was never informed it had degraded to this scenario... from my only Contact-of-Disclosure nonetheless .

Begin forwarded message:

**From:** R Ferrera-Parra <ravel23@aol.com>
**Date:** April 7, 2016 at 2:20:33 PM CDT
**To:** Tom Collins <tom.collins@united.com>, Carol Reynolds UAL Supervisor <Carol.Reynolds@United.com>
**Subject:** Putting on the gRITZ...

Met my new Doc today and got me Evaluation -ized
& gonna start on something new... (As in Meds.)...
I need off my trip, gonna have to call out and request permission to fly before my next trip....



**From:** **Reynolds, Carol** carol.reynolds@united.com
**Subject:** Automatic reply: --medical emergency--
**Date:** February 13, 2017 at 8:48 AM
**To:** Ravel FP ravel23@aol.com

I am currently out of the office and will return February 23, 2017.   If you need immediate assistance please contact the IAH Concierge desk at 281-553-1669 and speak with the supervisor on duty.   Susan Vice will be taking care of my S-Co team and Dominic Cordova my S-UA team

Susan Vice  281 553-8691     susan.vice@united.com
Dominic Cordova  281 553-2785  dominic.cordova@united. com

**From:** Ravel FP  ravel23@aol.com
**Subject:** Termination (Please Help)
**Date:** June 21, 2017 at 9:06 AM
**To:** Chad.Sabini@United.com
**Bcc:** Beth.Greer@United.com

Hello, Sir ...
Ravel here, wanted to ask you for a few words about our trip, regarding "Linda Ferguson & ISM Robert Nalevanko" to have you send to Tammy Holt - she's the Manager @ HR...
I been terminated because of a list of accusation they submitted to HR.... this is how their letter went ;
• I was rude to my peers and not a team player.
• I was rude to the PAXs and would not tend to my duties
• I delayed the Service
• I was sleeping on the jump seat
• I was seen drinking 'crew juice' / from a container off the flight.
• I threatened & cursed Linda Out
to the point where she took refuge in the mid-Galley, clearly/visibly Bob could see how SHAKEN she was by my hostility ... { Dude, she's bipolar...Thanking me with a smile then getting me fired ...}
• &&!!!... I was stealing meals for myself to use -
you were there for that talk with her...

Don't know how much you remember about that...
Or it being my first trip back and all the medical problems I've had since getting "Food-Poisoning" in the crew room... in Jan.
I learned that it all started even before I got there ... with Linda not wanting Chris to work galley so she wouldn't have to work with me ... even though she states she never met me before that... (but she has)
  * I recall you mentioning of our ISM - "He doesn't care about his flight attendants". When he left without me to the Hotel Bus-pickup-Area...

Any chance you recall how Linda was carrying herself that day ...both actually ~ towards me...
Honestly, it bothers me A-lot I would get fired for 'everything' in that list ... My Supervisor read me the guideline to every infraction claimed before firing me... ok, I do my best to help people with their bags (even help'd Linda with her's.), to be there for WheelChairs PAXs , I take a knee every flight to resupply and wipe down the Labs : mirror to floor ... and I sure as hell am very kind & attentive to PAXs...

Your word, nor Beth's were ever considered in the "Investigation", would you be so generous as to write on what you saw and heard ... anything to help null these allegations and help me get back to work... ?

Please.

- Tammy Holt ( HR )
PO Box 60307, IAHNF
Houston TX 77205
        Tammy.Holt@United.com

Ravel Ferrer Parra
#610-393-8333
RaveL23@aol.com

PS- Friday night ...at a blink of an... Lac'Kluster Rash at the edge of my eye...

So far, short on merit for FMLA call-out, though I won't be trying to go impress anyone new this weekend.

...





[AJ:1]
Exhibit: Issues

Begin forwarded message:

**From:** Ravel FP <ravel23@aol.com>
**Subject: After -Effects - BreakPoint**
**Date:** March 3, 2017 at 4:25:13 AM CST
**To:** Carol Reynolds UAL Supervisor <Carol.Reynolds@United.com>


Sent from my iPhone
RFP
Begin forwarded message:

**From:** Ravel FP <ravel23@aol.com>
**Subject: Re: Ravel Ferrara mandatory meeting (2) Correction on letter TIME is 2PM on 13JUN17**
**Date:** June 13, 2017 at 3:12:27 PM CDT
**To:** "Reynolds, Carol" <carol.reynolds@united.com>

So it is over , and now I can speak to you ?


My job performance is above and beyond ... you believed that I would say that & snooze my career away ....

Sorry I made that impression on you .

        I was very happy to be back
On my feet
And working
Even with the pain , I did my best ....

By the 16th next month I'll technically homeless
My meds will eventually run out

I wish I would have said Fuck Off to that lady , but that's really out of character ... nasty is what nasty does;  and to write those things about me compared the orchid letters you have gotten about me ... come on.  She' s bipolar ....


Never got a chance to show friendship as o hoped

Take Care & I will always Love you

[Hd: 1]

Exhibit: Issue 3
Communication Denied

To: Reynolds, Carol
Subject: I Rock to Donavan

I sing & dance & play...When I can...

I give as much strength & mind as possible to those around me ... I don't think I'm living unwell yet, the world sees weaknesses to self validate rather than learn of weakness and manage it ...
I don't understand why I'm neglecting/rejecting myself to a 'Stop'... But I will 😎

Begin forwarded message:

**From:** Ravel FP <ravel23@aol.com>
**Subject: Re: Carol**
**Date:** July 19, 2017 at 12:54:41 PM CDT
**To:** Ehibbarb@unitedafa.org, Beth Rodgers <brodgers@unitedafa.org>

This feels more of verification as to the true nature of my job status problem ....I was told not to speak of the 'investigation' ... during ....& was left with personal distress after ....so I reached out to my confidant and mentor ... barely an oddity she could not provide this letter to you ... ( something will be taken out of context against me ... and to not to be in fault of releasing private & *medical information she has been advised not to ... otherwise this discharge would involve medical tributes over my poison trauma in Feb - even the OJI, /first ever/ ....I suffered through & was not paid for 2-3 years ago )

*** Someone faulted in thinking I was unhappy with my job and was positioning myself for something

Beth saw I how badly I wanted to leave the room ... but did not ignore or disrespect the lady next to Carol who stated earlier in that meeting that It wasn't about the other flight attendants ... **but of me and Carol ...** /who has had full medical & personal disclosure over events in my life for years .

Elizabeth witnessed Carol actually in praise of me being a 'good person' ,thoughtful ,and professional in the 1st, very light, hearted meaning ... which resulted in surprise overall days later.

Feeling like I should have 'said' what I was accused of is still NOT saying it...!
And saying that someone that showed "GRATITUDE" ending the work of a flight together to her "COMPLAINING" with an unmatchable Duel List peddling lies & manifestations ... has merit in being viewed as exhibiting TWO extremes , which in short is by all means and definition bipolar ... I'm not qualified to claim she has a Bipolar Disorder , though suspected , My statement
'She's bipolar ...' referencing her behavior towards me and then actions against me (that were not in her thoughts until the ISM influenced her , as she stated)
...'
Apart for doing my best even in pain - be it of numerous sorts and levels of discomfort the letter reads of a Request to open communication ,Surprise & Sorrow on events and

Exhibit: Issue 4

how I'm viewed ... and last but not least a loving devotion to a friend - I could not be there for at 110% capacity .

In regards to level of friendship with Miss Reynolds -- at one point -- I provided resources to teach her infant grandson Sign Language... we would discuss Skin care, clothing, relationships, love , & misfortunes ... views and opinions worthy of friendship & endearment ... I didn't hesitate of giving my advice into re-defining her guilt & distress of the deaths of her brother (& father) to benefit the Legacy are of her now & future grandchildren ... our workplace relationship was of mutual trust, mutual empowerment, & empathy... somewhere that has been overturned ... sad to say ,I was never informed it had degraded to this scenario... from my only Contact-of-Disclosure nonetheless .

Begin forwarded message:

**From:** R Ferrera-Parra <ravel23@aol.com>
**Date:** April 7, 2016 at 2:20:33 PM CDT
**To:** Tom Collins <tom.collins@united.com>, Carol Reynolds UAL Supervisor <Carol.Reynolds@United.com>
**Subject:** Putting on the gRITZ...

Met my new Doc today and got me Evaluation -ized
& gonna start on something new... (As in Meds.)...
I need off my trip, gonna have to call out and request permission to fly before my next trip....



*I've place you both under Contacts -With-Disclosure... Doctor Gritz will touch-base with*
*Tom, within a day or two....*

Besides that (on a brief note) it's the usual routine of... Wrong place ,@3pm



[Hd. 2]

DEN:
April 19, 2017    CQ
April 20, 2017    CQ cont. / 2017CST

April 27, 2017    CQ
April 28, 2017    CQ cont. / 2017CST

**Blanca Mesta**
**Inflight Training Qualifications**

United | 4375 Wright Road, IAHIT| Houston TX 77032
Tel: 281-553-7361 | blanca.gomez@united.com

<image002.jpg>

Exhibit: Carol 4

This copy/pasted Email - was unnecessary Adding that since the Email I recieved in error - there was a worry

---

**From:** Reynolds, Carol
**Sent:** Wednesday, March 29, 2017 4:35 PM
**To:** Inflight Quals
**Subject:** RE: Ravel Ferrera Parra

Ravel Ferrera Parra u222102 RTW 3/28/17

Carol C. Reynolds
Supervisor Inflight Services IAHNF
United Airlines- Houston Intercontinental
3500 N. Terminal Rd - Terminal C | Houston, TX 77032
Tel 281-553-1697 | Carol.Reynolds@united.com
Cell  512 934-2284

---

**From:** Inflight Quals
**Sent:** Monday, March 27, 2017 12:52 PM
**To:** Reynolds, Carol
**Cc:** Inflight Quals
**Subject:** RE: Ravel Ferrera Parra

Carol,
Please provide RTW date, employee name, and UID.

Thanks,
Angela

---

**From:** Reynolds, Carol
**Sent:** Monday, March 27, 2017 12:49 PM
**To:** Inflight Quals
**Subject:** Ravel Ferrera Parra

Ravel is NQ and is returning back to work. What is the first class you can get him in? I

(Ad.2)

**From:** Ravel Ferrera Parra rferreraparra@icloud.com
**Subject:**
**Date:** November 2, 2017 at 11:54 PM
**To:**
**Bcc:** Ravel Ferrera Parra rferreraparra@icloud.com

Exhibit: Carol 1

Begin forwarded message:

**From:** Ravel FP <ravel23@aol.com>
**Subject: Fwd: Trans. Duty Program**
**Date:** July 20, 2017 at 7:22:57 AM CDT
**To:** ravel23@aol.com

R.F., Parra

Begin forwarded message:

**From:** R Ferrera-Parra <ravel23@aol.com>
**Date:** June 1, 2015 at 3:10:55 PM CDT
**To:** "Reynolds, Carol" <carol.reynolds@united.com>
**Subject: Re: Trans. Duty Program**



Would be awesome to get to hang at the Terminal for once.
... If it were about money I'd be on duty with no fuss... I doubt I have been tagged in anyone's folder for being money-hungry or lazy...
I would like to give 110% when & where I can... Be it USMC, CAL, or UAL throughout...

I've called GallagherBassit to decline the status due to seemingly non-related health issues ... It's been filed ...
I am Forgoing With-no Pay...
but they are continuing treatment for the arm... As I heal elsewhere.

Which, In effect of my declining health, I am calling out sick... Parallel to my OJI I will provide you a doctor's note and already in the process of resubmitting my FMLA... to request on pending approval.

Thank you for your time!

Ravel Ferrera Parra
U222103


On May 31, 2015, at 14:32, Reynolds, Carol <carol.reynolds@united.com> wrote:

Ravel,
Transitional duty is not optional. Please refer to your contract and call me when you get this email.

Regards,

Carol Reynolds

-----Original Message-----
**From:** R Ferrera-Parra [mailto:ravel23@aol.com]
**Sent:** Friday, May 29, 2015 8:50 PM
**To:** Reynolds, Carol
**Subject:** Trans. Duty Program

Hello, all's well?
Seen better days but I'm aligning myself ...crazy week...
Begin forwarded message:

**From:** R Ferrera-Parra <ravel23@aol.com>
**Subject: Address Correction ( Cont. )**
Date: April 6, 2016 at 8:06:01 AM CDT

False Statement
Regardless of Explanation