UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| RAVEL FERRERA-PARRA, | § § § | |
| *Plaintiff*, | § § | |
| vs. | § | 4:19-CV-1053 |
| UNITED AIRLINES, INC., | § § § | |
| *Defendant*. | § | |

## **ORDER**

Plaintiff Ravel Ferrera-Parra, *pro se*, sues his former employer, United Airlines, Inc., under the American with Disabilities Act, alleging that he was unlawfully terminated. ECF No. 1-2; Memorandum & Order, ECF No. 16. This case was pending before Judge Nancy Atlas. On September 4, 2019, Judge Atlas referred this case to this Court for all pretrial proceedings. ECF No. 17. On September 24, 2019, the parties filed a consent to proceed before Magistrate Judge Palermo. ECF No. 23.

Since this case was first referred, Plaintiff has been sending email communications to Judge Palermo's case manager. Some of which are inappropriate and unacceptable, and may be a violation of federal criminal law. Accordingly, the Court ORDERS as follows:

1. Plaintiff may only communicate with the Court via email or phone, if he is calling to schedule a motion hearing or to discuss a setting.
2. No further communications shall contain any obscene materials.

Signed on October 11, 2019, at Houston, Texas.

*Dena Palermo*
Dena Hanovice Palermo
United States Magistrate Judge