United States District Court
Southern District of Texas
**ENTERED**
January 08, 2020
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| RAVEL  FERRERA-PARRA, | § | |
| | § | |
| Plaintiff, | § | |
| VS. | § | 4:19-CV-1053 |
| | § | |
| UNITED AIRLINES, INC., | § | |
| | § | |
| Defendant. | § | |

## ORDER

A Motion Hearing shall take place before:

Judge Dena Hanovice Palermo
**Tuesday, January 14, 2020, at 2:00 pm**
in Courtroom 702 (7th Floor)
United States Courthouse
515 Rusk Street
Houston, TX 77002

Each party must appear by an attorney with (a) full knowledge of the facts and (b) authority to bind the client. Counsel are to consult among themselves well in advance and exchange relevant documents in the case.

The Court will consider any motions, narrow issues, inquire about expected motions, and schedule discovery.

The Court will allow participation by telephone.  Parties must request this from the case manager in advance of the hearing.

To ensure full notice, whoever receives this notice must confirm that every other party knows of the setting.

Signed on January 8, 2020, at Houston, Texas.

_Dena Palermo_
Dena Hanovice Palermo
United States Magistrate Judge

1 / 1